Before MARY K. HOFF, P.J., SHERRI B. SULLIVAN, J., and GEORGE W. DRAPER III, J.

*ORDER*

PER CURIAM.

Ralph Gene Lilley appeals from the Final Award of the Labor and Industrial Relations Commission denying him workers compensation from the Second Injury Fund. We have reviewed the briefs of the parties and the record on appeal and conclude that the Final Award is supported by sufficient competent and substantial evidence and is not contrary to the weight of the evidence. *Knisley v. Charleswood Corp.*, 211 S.W.3d 629, 633 (Mo.App. E.D. 2007). An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Missouri Rule of Civil Procedure 84.16(b).

Anthony J. Sestric, St. Louis, MO, for appellant.

PVD Properties, Inc., c/o Patrick London, Florissant, MO, Pro Se.

Before LAWRENCE E. MOONEY, P.J., BOOKER T. SHAW and KURT S. ODENWALD, JJ.

**ORDER**

The Collector of Revenue for the City of St. Louis, Missouri, appeals the trial court's judgment setting aside a sheriff's sale of a certain parcel of land designated as land tax sale 132–211. A written opinion would have no precedential value. We have furnished the parties with a memorandum, for their information only, explaining the reasons for our decision. We affirm the trial court's judgment. Rule 84.16(b)(1).

■

**COLLECTOR OF REVENUE, City of St. Louis, Missouri, Appellant,**

v.

**PARCELS OF LAND ENCUMBERED WITH DELINQUENT TAX LIENS, Tax Suit No. 121, Respondent.**

No. ED 89840.

Missouri Court of Appeals, Eastern District, Division Two.

Jan. 22, 2008.

■

**Rodney FRANKS, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. ED 89393.

Missouri Court of Appeals, Eastern District, Division Two.

Jan. 22, 2008.